UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ACADIA INS. CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 08-11682-JLT |
| | * | |
| PEERLESS INS. CO., | * | |
| | * | |
| Defendant. | * | |

ORDER

January 21, 2010

TAURO, J.

For the reasons set forth in the accompanying memorandum, <u>Defendant's Motion for Partial Summary Judgment on the Claim that Peerless Breached its Duty to Defend Blackdog</u> [#26] is ALLOWED and <u>Plaintiff's Cross-Motion for Partial Summary Judgment on the Claim that Peerless Breached its Duty to Defend Blackdog</u> [#29] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge